IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Marcel Sojka II, | No. CV13-1449 PHX DGC (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Petitioner Alan Marcel Sojka II has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  United States Magistrate Eileen S. Willett has issued a report and recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice.  Doc. 39.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1.      The R&R (Doc. 39) is **accepted**.

2.      The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed with prejudice**.

3.      A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4.      The Clerk is directed to **terminate** this action.

Dated this 5th day of October, 2015.

David G. Campbell
United States District Judge